# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:                                    Case no.:     21-13773

Martin Rivera                     Chapter:     7

                                         Judge:     Gravelle

Debtor(s)

## CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
21 Tyler St., Trenton, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 7/1/2021                           By: Gary A. Nau

*rev.2/10/17*