Form 170 − ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                          Case No.:  21−13773−CMG
                          Chapter:  7
                          Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Martin Rivera
   21 Tyler St.
   Trenton, NJ 08609

Social Security No.:
   xxx−xx−0550

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Barry Frost on behalf of the chapter 7 trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Christine M. Gravelle on,

Date: 8/10/21
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: July 15, 2021
JAN:

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Martin Rivera  
    Debtor

Case No. 21-13773-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jul 15, 2021      Form ID: 170      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martin Rivera, 21 Tyler St., Trenton, NJ 08609-1205 |
| 519204707 | + | Chambers EMergency Associates, 601 Hamilton Ave., Trenton, NJ 08629-1915 |
| 519204710 | + | KML Law group, 701 Market St #500, Philadelphia, PA 19106-1541 |
| 519204712 | + | New Rez Mortgage, 1100 Virginia Dr Suite 125, Fort Washington, PA 19034-3235 |
| 519204715 | + | PSEG, PO Box 570, Newark, NJ 07101-0570 |
| 519204714 | + | Pressler Felt & Warshaw, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 519204717 | | Superior Court of New Jersey, Attn.: Foreclosure Unit, PO Box 971, Trenton, NJ 08650 |
| 519204718 | + | Superior Court of New Jersey - Mercer, Special Civil Part, PO Box 8068, Trenton, NJ 08650-0068 |
| 519204720 | + | Trenton Water Works, 333 Cortland St., PO Box 528, Trenton, NJ 08604-0528 |
| 519204721 | + | Velocity Investments, c/o Ragan & Ragan, 3100 Route 138 West, Belmar, NJ 07719-9020 |
| 519204722 | + | Wakefield & Assoc., PO Box 441590, Aurora, CO 80044-1590 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 15 2021 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 15 2021 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519204706 | + | Email/Text: g20956@att.com | Jul 15 2021 20:29:00 | AT&T, Billing Department, PO Box 537104, Atlanta, GA 30353-7104 |
| 519204709 | + | Email/Text: bknotice@ercbpo.com | Jul 15 2021 20:28:00 | Enhanced Recovery Co, LLC, 8014 Bayberry Rd., Jacksonville, FL 32256-7412 |
| 519204711 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2021 20:28:00 | Midland Credit Management, 2365 Northside Dr #300, San Diego, CA 92108-2709 |
| 519204713 | + | Email/PDF: cbp@onemainfinancial.com | Jul 15 2021 20:43:18 | Onemain, 300 St.. Paul Place, Baltimore, MD 21202-2120 |
| 519204719 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 15 2021 20:43:29 | SYNCB/PC Richards, PO Box 965005, Orlando, FL 32896-5005 |
| 519204716 | + | Email/Text: DeftBkr@santander.us | Jul 15 2021 20:28:00 | Santander, 2 Williamm T. Morissey Blvd., Boston, MA 02125-3312 |
| 519205175 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 15 2021 20:43:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519204708 | ##+ | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry Frost | trustee@teichgroh.com NJ94@ecfcbis.com;frost@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laurence R. Sheller | on behalf of Debtor Martin Rivera laurence.sheller@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4